ROBERT M. YASPAN, ESQ. (SBN# 51867)
DEBRA R. BRAND, ESQ. (SBN# 162285)
**LAW OFFICES OF ROBERT M. YASPAN**
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Tel:  (818) 774-9929
Fax: (818) 774-9989

Former General counsel for Debtors-in Possession
Sanjiv and Sheena Chopra

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In Re | Case No.  11-93411-E-11 |
| Sanjiv and Sheena Chopra | Chapter 11 |
| Debtors | DC No.: |
| | **WITHDRAWAL AND RELEASE OF ABSTRACT OF JUDGMENT RECORDED AGAINST JUDGMENT DEBTORS** |

PLEASE TAKE NOTICE that Judgment Creditor, THE LAW OFFICES OF ROBERT YASPAN, of 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367, hereby WITHDRAWS and RELEASES any and all ABSTRACT OF JUDGMENT relating to the Judgment (Civil Minute Order) entered in the above matter on June 15, 2014, against Judgment Debtors Sanjiv Kumar Chopra and Sheena N. Chopra, of 7460 River Nine Drive, Modesto, California 95356.

///

///

///

Page 1

WITHDRAWAL AND RELEASE OF ABSTRACT OF JUDGMENT RECORDED AGAINST JUDGMENT DEBTORS

More specifically, Judgment Creditor hereby WITHDRAWS and RELEASES the following ABSTRACT OF JUDGMENT recorded as follows:

| County | Date of Recording | Instrument Number |
|---|---|---|
| Contra Costa | February 11, 2015 | DOC-2015-0023468-00 |
| Fresno | March 3, 2015 | DOC-2015-0025197-00 |
| Monterey | February 17, 2015 | 2015007468 |
| Stanislaus | February 13, 2015 | DOC-2015-0011089-00 |

Dated: May _15_, 2015          LAW OFFICES OF ROBERT M. YASPAN

By: _____

ROBERT M. YASPAN
Judgment Creditor

WITHDRAWAL AND RELEASE OF ABSTRACT OF JUDGMENT RECORDED AGAINST JUDGMENT DEBTORS

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## ACKNOWLEDGMENT

State of California            )
County of _Los Angeles_ )

    On May _15_, 2015, before me, _Ileana P. Garoz_ _____, a notary public, personally appeared Robert M. Yaspan, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the Withdrawal and Release of Abstract of Judgment and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

    I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Signature: _Ileana Garoz_ _____ (Seal)

ILEANA P. GAROZ
Commission # 1946792
Notary Public - California
Los Angeles County
My Comm. Expires Aug 5, 2015

Attached to: WITHDRAWAL OF ABSTRACT OF JUDGMENTS RECORDED AGAINST JUDGMENT DEBTORS

WITHDRAWAL AND RELEASE OF ABSTRACT OF JUDGMENT RECORDED AGAINST JUDGMENT DEBTORS